EMILY L. POWELL, Respondent, v. GEORGE W. POWELL, Appellant.—Order affirmed, with ten dollars costs and disbursements. All concur. (The order denies defendant's motion to set aside a default judgment of divorce.) Present — Cunningham, P. J., Taylor, Dowling, Harris and McCurn, JJ.

HOWARD HAGGERTY, Respondent, v. WILLIAM MORSE, Appellant.—Judgment affirmed, with costs. All concur. (The judgment is for plaintiff in an action to recover the purchase price of a cow.) Present — Cunningham, P. J., Taylor, Dowling, Harris and McCurn, JJ.

In the Matter of WILLIAM J. DALY, Respondent, against JOHN F. O'CONNELL et al., Individually and as Members Constituting the State Liquor Authority, Appellants. — Order reversed on the law and determination of the State Liquor Authority confirmed, without costs of this appeal to any party. Memorandum: We find there was sufficient competent proof of all the facts necessary to be proved in order to authorize the determination of the Liquor Authority and that there was not any incompetent evidence received and acted upon. All concur. (The order annuls a determination of defendants which revoked petitioner's liquor license.) Present — Cunningham, P. J., Taylor, Dowling, Harris and McCurn, JJ.

In the Matter of JOSEPH SPADAFORA et al., Respondents, against JAMES P. FERGUSON et al., Constituting the Zoning Board of Appeals of the City of Rome, Appellants, and NOLAN CORPORATION, Intervener, Appellant.— Order affirmed, without costs of this appeal to any party. All concur. (The order modifies and limits the order and decision of defendants in a proceeding to review the decision of the Zoning Board of Appeals of the City of Rome.) Present — Cunningham, P. J., Taylor, Dowling, Harris and McCurn, JJ. [182 Misc. 161.]

In the Matter of MARTIN W. COLLMER et al., Petitioners, against JOHN F. O'CONNELL et al., Constituting the State Liquor Authority, Respondents.— Determination confirmed, without costs. All concur. (Proceeding to review the determination of defendants in suspending a restaurant liquor license.) Present — Cunningham, P. J., Taylor, Dowling, Harris and McCurn, JJ.

GENERAL MOTORS ACCEPTANCE CORPORATION, Respondent, v. ASSOCIATES DISCOUNT CORPORATION, Appellant.— Motion for reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. [See 267 App. Div. 1032.] Present — Cunningham, P. J., Dowling, Harris and McCurn, JJ.

JULIA C. CUFFE, Respondent, v. ST. MARGARET'S ROMAN CATHOLIC SOCIETY, Appellant.— Motion for reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. [See 267 App. Div. 1034.] Present — Cunningham, P. J, Taylor, Dowling and McCurn, JJ.

THOMAS J. CUFFE, Respondent, v. ST. MARGARET'S ROMAN CATHOLIC SOCIETY, Appellant.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals denied. [See 267 App. Div. 1034.] Present — Cunningham, P. J., Taylor, Dowling and McCurn, JJ.